IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | CR No. 3:11-2020 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Tavares Donnay Pollock, | ) | |
| | ) | |

On September 30, 2011, the court conducted a preliminary hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure in the above-captioned matter. Having carefully considered the evidence and argument presented and the applicable law, the court finds probable cause to believe the defendant committed a violation of 18 U.S.C. § 111. The court therefore directs the defendant to appear for further proceedings.

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 4, 2011
Columbia, South Carolina